**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed July 28, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00483-CR

### IN RE RONALD THOMAS DRAKOS II, Relator

**ORIGINAL PROCEEDING
WRIT OF HABEAS CORPUS
240th District Court
Fort Bend County, Texas
Trial Court Cause No. 22-DCR-099030**

## MEMORANDUM OPINION

On July 1, 2022, relator Ronald Thomas Drakos II filed a petition for writ of habeas corpus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. He filed an amended petition on July 20, 2022. In the amended petition, relator claims that he is being illegally confined and restrained of his liberty while being confined at the Fort Bend County Jail.

This Court does not have original habeas corpus jurisdiction in criminal cases. *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016,

orig. proceeding) (citing Tex. Gov't Code Ann. § 22.221(d)).  Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. *Id*. (citing Tex. Code Crim. Proc. Ann. art. 11.05).  Therefore, this Court is without jurisdiction to consider relator's original petition requesting habeas corpus relief.

The relief sought by relator is not within this Court's jurisdiction.  As such, relator's amended petition for writ of habeas corpus is dismissed for want of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Wise and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).